UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: _____

| | |
|---|---|
| Whitney Owen,<br><br>   Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC,<br><br>   Defendants. | **COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## **JURISDICTION**

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2. This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") by these Defendants and their agents in their illegal efforts to collect a consumer debt from Plaintiff.

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendants transact business here.

## PARTIES

4. Plaintiff Whitney is a natural person who resides in the City of St. Paul, County of Ramsey, State of Minnesota, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3), and/or a person affected by a violation of the FDCPA with standing to bring this claim under 15 U.S.C. §§ 1692k(a).

5. Defendant Enhanced Recovery Company, LLC (hereinafter "Defendant ERC") is a collection agency operating from an address of 8014 Bayberry Rd., Jacksonville, FL 32256, and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

6. In or around 2011, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, a cable television account with Comcast Cable Communications, LLC in the approximate amount of $198.32.

7. Sometime thereafter, the debt was consigned, placed or otherwise transferred to Defendants for collection from Plaintiff.

8. On September 17, 2012, Plaintiff filed for Chapter 7 bankruptcy properly scheduling the aforementioned debt as an unsecured non-priority debt and

providing notice of the filing to the original creditor, Comcast Cable Communications, LLC, as well Defendant ERC (Exhibit 1).

9. On September 24, 2012, Defendant ERC sent a letter (Exhibit 2) to Plaintiff via U.S. Mail in an effort to collect this debt, which was a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

10. The aforementioned communication was an attempt to collect a debt that was prohibited by the automatic stay under 11 U.S.C. § 362.

11. The above-described collection communication made to Plaintiff by Defendant ERC was made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692b(1), 1692b(5), 1692c(a)(1), 1692c(a)(3), 1692c(b), 1692d, 1692e, 1692e(2)(A), 1692e(5), 1692e(7), 1692e(10), and 1692f, amongst others.

*Summary*

12. The above-described collection communication made to Plaintiff by Defendant ERC, was made in violation of numerous and multiple provisions of the FDCPA, including but not limited to all of the provisions of the FDCPA cited herein.

13. The above-detailed conduct by these Defendants of harassing Plaintiff in an effort to collect this debt was a violation of numerous and multiple provisions

of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA.

14. Plaintiff has suffered actual damages as a result of this illegal collection communication by this Defendant in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions.

## TRIAL BY JURY

15. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable.  US Const. amend. 7.  Fed.R.Civ.P. 38.

## CAUSES OF ACTION

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

16. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17. The foregoing acts and omissions of each Defendant and their agents constitute numerous and multiple violations of the FDCPA including, but

not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to Plaintiff.

18. As a result of each Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from each Defendant herein.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against each Defendant:

### COUNT I.

### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

### 15 U.S.C. § 1692 et seq.

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against each Defendant and for Plaintiff;

- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against each Defendant and for Plaintiff;

- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against each Defendant and for Plaintiff;

Respectfully submitted,

Dated: December 5, 2012                **HEIMERL & LAMMERS, LLC**

By:  **s/Maxim C. Zawojski**
Maxim C. Zawojski
Attorney I.D.#0390721
901 N. Third St., Ste 110
Minneapolis, Minnesota 55401
Telephone:  (612) 294-2200
Facsimile: (612) 294-2201
max@hllawfirm.com

**Attorney for Plaintiff**

IN RE **Owen, Whitney Ann** _____ Case No. _____
                                  Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gurstel & Chargo**<br>**6681 Country Club Drive**<br>**Golden Valley, MN  55427** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **1656**<br>**Comcast**<br>**PO Box 802068**<br>**Dallas, TX  75380** | | | **Cable** | | | | **198.32** |
| ACCOUNT NO.<br>**Enhanced Recovery Company**<br>**8014 Bayberry**<br>**Jacksonville, FL  32256** | | | **Assignee or other notification for:**<br>**Comcast** | | | | |
| ACCOUNT NO. **1718**<br>**Community University Health Care Center**<br>**2001 Bloomington Ave S**<br>**Minneapolis, MN  55404** | | | **Medical Services** | | | | **150.00** |
| ACCOUNT NO. **1763**<br>**Diversified Adjustment**<br>**600 Coon Rapids Blvd Nw**<br>**Coon Rapids, MN  55433** | | | **Open account opened 2/12** | | | | **318.00** |
| ACCOUNT NO. **3066**<br>**Driving Diversion Program**<br>**PO Box 19**<br>**Red Wing, MN  55066** | | | **Unknown** | | | | **628.00** |
| ACCOUNT NO.<br>**Fairview Health Services**<br>**PO Box 9372**<br>**Minneapolis, MN  55440** | | | **Medical services** | | | | **147.00** |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **1,441.32**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**EXHIBIT 1**

# Enhanced Recovery Company, LLC

September 24, 2012

Creditor: Comcast Cable Communications, LLC
Original Creditor: Comcast Cable Communications, LLC
Account Number: XXXXXXXXXXXX3266
Amount of Debt: $198.32
Reference Number: 66201656

**PAYMENT OPTIONS**

WHITTNEY OWEN

We recognize that you may have gone through some financial difficulty and have been unable to resolve your account. We would like to offer you a few flexible options to satisfy your account.

Option 1: Pay your current balance of $198.32 in 3 monthly payments of $66.11.
Option 2: Pay your current balance of $198.32 in 6 monthly payments of $33.05.
Option 3: Your account may be eligible for a discount with similar payment periods as above. Please contact one of our representatives to take advantage of this option.



View statements, pay your balance, and manage your account online at www.ercbpo.com
Telephone: (800) 586-0010 Toll Free
Send correspondence to: Enhanced Recovery Company, LLC, 8014 Bayberry Rd, Jacksonville, FL 32256-7412
Office Hours (Eastern Time): Mon-Thur 8:00am-11:00pm, Fri 8:00am-10:00pm, Sat 8:00am-5:00pm

**This is an attempt to collect a debt. Any information obtained will be used for that purpose.
NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

---

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456

September 24, 2012

| IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | | |
|---|---|---|
| ☐ VISA    ☐ MasterCard    ☐ AMEX/Discover | | BILLING ZIP |
| CARD NUMBER | | SECURITY CODE |
| SIGNATURE | | EXP. DATE |
| REFERENCE NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
| 66201656 | $198.32 | $ |



WHITTNEY OWEN
44 COOK AVE W APT B
SAINT PAUL MN 55117-4929

98690 - 6923

Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL 32256-7412



**EXHIBIT 2**